That part of the decree fixing the fees of claimants and directing their payment out of the property–settlement money to be paid plaintiff, is reversed.

*Reversed.*

Tuohy, P. J., and Feinberg, J., concur.

## Dorothea L. Bartzen, Plaintiff, v. Joseph Raymond Bartzen, Defendant.

### Gen. No. 10,349.

Raymond G. Zack, for appellant; J. E. Bairstow, of counsel; Snyder, Clarke & Dalziel, for appellee; Daniel J. Dalziel, of counsel. Opinion by Presiding Justice Wolfe. Not to be published in full. Opinion filed January 10, 1950; released for publication February 9, 1950.

## Donald F. Rogers, Appellant, v. Irene C. Enzinger, Appellee.

### Gen. No. 10,365.

George L. Reilly, for appellant; Snyder, Clarke & Dalziel, for appellee; Gerald C. Snyder, of counsel. Opinion by JUSTICE DOVE. **Not to be published in full.** Opinion filed January 10, 1950; released for publication February 9, 1950.

## Otis L. Tanner, Appellee, v. Charles M. Palmer, Appellant.

**Gen. No. 10,364.**

John F. Hall, for appellant; Large, Reno & Zahm, John B. Anderson and Eckert & Cross, for appellee; Shelby L. Large and Floyd E. Eckert, of counsel. PER CURIAM. **Not to be published in full.** Opinion filed January 10, 1950; released for publication February 9, 1950.